**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Angel** | **Echavarria** |
| | First Name   Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Gladys Vilma** | **Echavarria** |
| | First Name   Middle Name | Last Name |

United States Bankruptcy Court for the: **District of New Jersey**

Case number (if known): **25-20220**

☑ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules          12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Angel Echavarria**                    X **/s/ Gladys Vilma Echavarria**
Angel Echavarria, Debtor 1                     Gladys Vilma Echavarria, Debtor 2

Date **12/01/2025**                            Date **12/01/2025**
    MM/ DD/ YYYY                                   MM/ DD/ YYYY

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**