Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25–20220–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Angel Echavarria
1136 Berkeley Avenue
Beachwood, NJ 08722

Gladys Vilma Echavarria
fka Gladys Ortiz
1136 Berkeley Avenue
Beachwood, NJ 08722

Social Security No.:
  xxx–xx–6927                                    xxx–xx–0510

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        4/15/26
Time:        02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Marc Capone, Esq.
Attorney for Debtor

COMMISSION OR FEES
Fee: $7,381.00

EXPENSES
$428.00

If this is a chapter 13 case, the fees and expenses awarded:

☑        will not reduce the amount to be paid to general unsecured
         creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 11, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                   Case No. 25-20220-MBK

Angel Echavarria                                                         Chapter 13

Gladys Vilma Echavarria
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                      Page 1 of 3

Date Rcvd: Mar 11, 2026                 Form ID: 137                      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Angel Echavarria, Gladys Vilma Echavarria, 1136 Berkeley Avenue, Beachwood, NJ 08722-4401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2026 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2026 21:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520826774 | + Email/PDF: AffirmBKNotifications@resurgent.com | Mar 11 2026 21:38:02 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212-5862 |
| 520906577 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 21:38:01 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520826775 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 11 2026 21:28:00 | Bank of America, Attn: Bankruptcy, P.O.Box 17237, Wilmington, DE 19886-0001 |
| 520873147 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 11 2026 21:28:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520826776 | Email/Text: BarclaysBankDelaware@tsico.com | Mar 11 2026 21:29:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520826777 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2026 21:38:02 | Citi Card/Best Buy, Attn: Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520826779 | + Email/Text: mrdiscen@discover.com | Mar 11 2026 21:28:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520826780 | Email/Text: bankruptcycourts@equifax.com | Mar 11 2026 21:29:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520826781 | ^ MEBN | Mar 11 2026 21:25:48 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 520826782 | ^ MEBN | Mar 11 2026 21:26:44 | First Credit Services, Attn: Bankruptcy, PO Box 55 3 Skiles Ave, Piscataway, NJ 08855-0055 |
| 520826783 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 11 2026 21:29:00 | Goldman Sachs Bank USA, 200 West St, New York, NY 10282-2198 |
| 520848702 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 11 2026 21:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| | | | | |
|---|---|---|---|---|
| | | | | USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520826784 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 11 2026 21:37:56 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 520833856 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 21:38:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520862897 | + | Email/Text: bankruptcy@bbandt.com | Mar 11 2026 21:29:00 | LightStream, a division of Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 520826786 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2026 21:38:01 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520831442 | + | Email/Text: RASEBN@raslg.com | Mar 11 2026 21:29:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520913025 | | Email/Text: mtgbk@shellpointmtg.com | Mar 11 2026 21:29:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520826787 | | Email/Text: mtgbk@shellpointmtg.com | Mar 11 2026 21:29:00 | Newrez, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520910670 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2026 21:38:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520940628 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2026 21:38:27 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 520873725 | | Email/Text: bnc-quantum@quantum3group.com | Mar 11 2026 21:30:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520881548 | | Email/Text: bnc-quantum@quantum3group.com | Mar 11 2026 21:30:00 | Quantum3 Group LLC as agent for, Plaza Services LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520843372 | | Email/Text: bnc-quantum@quantum3group.com | Mar 11 2026 21:30:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520826788 | + | Email/Text: cs@securitycreditservicesllc.com | Mar 11 2026 21:29:00 | Security Credit Services, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 520826789 | + | Email/Text: servicing@svcfin.com | Mar 11 2026 21:29:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 520898562 | + | Email/Text: bankruptcy@bbandt.com | Mar 11 2026 21:29:00 | Service Finance Company, a division of Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 520826790 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2026 21:38:17 | Syncb/hdceap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520826791 | ^ | MEBN | Mar 11 2026 21:27:52 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 520826792 | + | Email/Text: bnc-thebureaus@quantum3group.com | Mar 11 2026 21:29:00 | The Bureaus Inc, Attn: Bankruptcy Attn: Bankruptcy, 650 Dundee Rd , Ste 370, Northbrook, IL 60062-2757 |
| 520826793 | ^ | MEBN | Mar 11 2026 21:24:44 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 520826794 | + | Email/Text: bankruptcy@bbandt.com | Mar 11 2026 21:29:00 | Truist Bank, Attn: Bankruptcy, PO Box 85092, Richmond, VA 23285-5092 |
| 520901670 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 11 2026 21:38:32 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520826795 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 11 2026 21:28:00 | Verizon Wireless, Attn: Bankruptcy Attn: |

District/off: 0312-3                                           User: admin                                           Page 3 of 3

Date Rcvd: Mar 11, 2026                                       Form ID: 137                                          Total Noticed: 37

Bankruptcy, 500 Technology Dr , Ste 599, Weldon Springs, MO 63304-2225

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520826778 | | Debtor 2 Ex-Husband |
| 520859249 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520859294 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520862209 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520826785 | ## | Leisure Time Resorts, Attn: Bankruptcy, PO Box 26, Gautier, MS 39553-0026 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marc C Capone | on behalf of Debtor Angel Echavarria ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Marc C Capone | on behalf of Joint Debtor Gladys Vilma Echavarria ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6