**GILLMAN CAPONE LLC**
**Marc C. Capone, Esq.**
**60 Highway 71**
**Spring Lake Heights, NJ 07762**
**Telephone: (732) 528-1166**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

**Order Filed on April 15, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Angel and Gladys Vilma Echavarria, | Case No. 25-20220 |
| Debtor(s). | Hearing Date: April 15, 2026 |
| | Judge: Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: April 15, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____7,381.00_____for services rendered and expenses in the amount of $_____428.00_____for a total of $_____7,809.00_____. The allowance is payable:

☒ $___4,809.00___ through the Chapter 13 plan as an administrative priority.

☒ $___3,000.00___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____per month for ____N/A_____months to allow for payment of the above fee.

*rev.8/1/15*